# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE ALBANESE,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No. 2:17-cv-01613-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 3) |

On July 24, 2017, Magistrate Judge Leen entered a report and recommendation that I dismiss this case because plaintiff Grace Albanese's claims are frivolous and duplicative of several other cases she has filed in this court against defendant Las Vegas Metropolitan Police Department. The plaintiff did not file an objection.

I nevertheless conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1). Judge Leen sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 3) is accepted**. This case is DISMISSED. The clerk of court is instructed to close this case.

DATED this 7th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE